[No. 25282-1-II.   Division Two.   December 1, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD J. GRAY, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 94-1-00132-9, James B. Sawyer II, J., entered August 9, 1999. *Affirmed* by unpublished opinion per Wang, J., concurred in by Armstrong, C.J., and Houghton, J.

[No. 24971-5-II.   Division Two.   December 1, 2000.]

GREEN ACRES INVESTMENTS, *Appellant*, v. ALLEN E. LATHROP, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-2-00466-5, Terry K. McCluskey, J., entered August 10, 1999. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 24890-5-II.   Division Two.   December 1, 2000.]

*In the Matter of the Marriage of* CYNTHIA A. MONSON, *Respondent*, and KIM D. McCONNELL, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-3-00481-1, Anne Hirsch, J. Pro Tem., entered June 17, 1999. *Reversed* by unpublished opinion per Morgan, J., concurred in by Armstrong, C.J., and Houghton, J.

[No. 24716-0-II.   Division Two.   December 1, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID LEE PAIGE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-05374-9, Vicki L. Hogan, J., entered May 20, 1999. *Affirmed* by unpublished opinion per Wang, J., concurred in by Hunt, A.C.J., and Seinfeld, J.